IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| LINDA WEST | § | |
| v. | § | CIVIL ACTION NO. 9:07CV142 |
| STATE FARM LLOYDS | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion for Partial Summary Judgment on Plaintiff's Extra-Contractual Claims (document #39) be granted. Plaintiff filed a Motion for Reconsideration of Report and Recommendation of United States Magistrate Judge on Defendant's Motion for Partial Summary Judgment (document #66), construed as Plaintiff's written objections to the Report and Recommendation, on June 19, 2008.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion for Partial Summary Judgment on Plaintiff's Extra-Contractual Claims (document #39) is **GRANTED**.

So **ORDERED** and **SIGNED** this **20** day of **June, 2008.**

_____
Ron Clark, United States District Judge